AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

CHRISTOPHER CLINE, individually and on behalf of all others similarly situated,

                *Plaintiff(s)*

v.

ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS,

                *Defendant(s)*

CASE NO: 17-cv-81364-MIDDLEBROOKS/Brannon

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ULTIMATE FITNESS GROUP, LLC
d/b/a ORANGETHEORY FITNESS
c/o PARACORP INC., Registered Agent
155 Office Plaza Drive, 1st Floor
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven G. Wenzel, Esquire
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
(813) 223-6545
swenzel@wfclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 19, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts