UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-81364-MIDDLEBROOKS

CHRISTOPHER CLINE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC d/b/a
ORANGETHEORY FITNESS,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice filed on February 15, 2018. (DE 37). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may dismiss this action against Defendant by filing a notice of dismissal before Defendant serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has filed neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **all pending motions are DENIED AS MOOT**. The Clerk of Court shall **CLOSE this case**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16 day of February, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record